1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
3  Telephone: (415) 436-7200

   FILED
   MAY 0 1 2008
   NOR...
   
   MAY 0 1 2008
   E-FILING

4  Attorneys for the United States

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7                   SAN JOSE DIVISION            ~~Under Seal~~

8  UNITED STATES OF AMERICA,        )   CRIMINAL NO. 5-08-MJ-70262 PVT
9       Plaintiff,                   )
                                     )
10      v.                           )   NOTICE OF PROCEEDINGS ON
                                     )   OUT-OF-DISTRICT CRIMINAL
11  Steven Neil Hernandez            )   CHARGES PURSUANT TO RULES
                                     )   5(c)(2) AND (3) OF THE FEDERAL RULES
12                                   )   OF CRIMINAL PROCEDURE
        Defendant.                   )
13                                   )
                                     )
14  _____

       Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
15
   Procedure that on  4-30-08 , the above-named defendant was arrested based upon an
16
   arrest warrant (copy attached) issued upon an
17
       ☒ Indictment    ☐ Information    ☐ Criminal Complaint    ☐ Other_____
18
   pending in the _____ District of  Alaska , Case Number 3:08-CR-00042 TMB
19
       In that case, the defendant is charged with a violation(s) of Title(s) 21 United States Code,
20
   Section(s) 846 and 841 (b)(1)(A).
21
   Description of Charges: Conspiracy to distribute 500 grams meth-
22
   amphetamine
23
                                         Respectfully Submitted,
24                                       JOSEPH P. RUSSONIELLO
                                         UNITED STATES ATTORNEY
25
   Date: 5-1-08                          _____
26                                       Assistant U.S. Attorney

27
28

                                            1

AO-442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

**"SECRET"**

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

CASE NUMBER: 3:08-cr-00042-TMB-DMS

STEVEN NEIL HERNANDEZ

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Steven Neil Hernandez and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense): Conspiracy to Distribute 500 grams of Methamphetamine; criminal forfeitures

in violation of Title 21 United States Code, Section(s) 846 and 841(b)(1)(A) and 21:U.S.C.853(a)(1) a (a)(2)

Ida Romack
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

by _____ Deputy Clerk
Signature of Issuing Officer

April 17, 2008 Anchorage, AK
Date and Location

Bail Fixed at $ TO BE DETERMINED

by Timothy M. Burgess, U.S. District Ju[dge]

COPY

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

05/01/2008 09:22 4085355479 USMS-SAN JOSE PAGE 02/04
Case 5:08-mj-70262-PVT Document 1 Filed 05/01/2008 Page 3 of 5
APR-23-2008(WED) 16:13 P.003

Case 3:08-cr-00042-TMB-DMS *SEALED* Document 2 Filed 04/17/2008 Page 1 of 3

NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
Alaska Bar Association Number: 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) ) ) | COUNT 1: CONSPIRACY TO DISTRIBUTE 500 |
| vs. | ) ) ) | GRAMS OF METHAMPHETAMINE Vio. of 21 U.S.C. §§ 846 and 841(b)(1)(A) |
| STEVEN NEIL HERNANDEZ, | ) ) | COUNT 2: |
| Defendant. | ) ) ) | CRIMINAL FORFEITURE Vio. 21 U.S.C. § 853(a)(1) and (a)(2) |

INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning at some exact time unknown but at least between on or about January 2007 and continuing to on or about September 28, 2007, the defendant, STEVEN NEIL HERNANDEZ, within the District of Alaska and elsewhere, did unlawfully and knowingly combine, conspire, confederate, and agree with two others known and others unknown to the Grand Jury, to distribute and to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, which is a violation of Title 21 United States Code Sections 841(a)(1) and 841(b)(1)(A).

All of which is in violation of Title 21 U.S.C. § 846 & § 841(b)(1)(A).

## COUNT 2

## CRIMINAL FORFEITURE

Upon conviction of the controlled substance offense alleged in Count 1 of this Indictment, defendant STEVEN NEIL HERNANDEZ shall forfeit to the United States any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation pursuant to 21 U.S.C. § 853(a)(1), and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said violations pursuant to 21 U.S.C. § 853(a)(2), including but not limited to one 2002

05/01/2008 09:22 4085355479 USMS-SAN JOSE PAGE 04/04
Case 5:08-mj-70262-PVT Document 1 Filed 05/01/2008 Page 5 of 5
APR-23-2008(WED) 16:14

Case 3:08-cr-00042-TMB-DMS *SEALED* Document 2 Filed 04/17/2008 Page 3 of 3

silver Mercedes Benz SUV, Model ML3, VIN 4JGAB54E62A296457.

All of which is in violation of Title 21 U.S.C. § 846 & § 841(b)(1)(B)

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Stephan A. Collins
STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov

s/ Nelson P. Cohen
NELSON P. COHEN
United States Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500

April 17, 2008
DATE

3