AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

## UNITED STATES DISTRICT COURT

_____ NORTHERN _____ DISTRICT OF _____ CALIFORNIA _____

FILED
MAY 01 2008
CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA

V.

Steven Neil Hernandez
_____
Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE   5-08-MJ-70262-PVT

CHARGING DISTRICTS
CASE NUMBER:   CR 08-00042 TMB

I understand that charges are pending in _____ District of  Alaska

alleging violation of  21 USC 846 and 841(b)(1)(A)  that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)   Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

5/1/08
_____
Date

_____
Defense Counsel