**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking | General Court Number |
| Clerk | 408.535.5363 |

May 2, 2008

**Clerk of Court-USDC**
**Federal Building and United States Courthouse, Box 4**
**222 West Seventh Avenue,**
**Anchorage,  AK   99513-7564**

Case Name:      **USA-v-Steven Neil Hernandez**
Case Number:    **5-08-70262-PVT (Your Case#CR-08-00042-TMB)**
Charges:        **21:846 and 841(b(1)(A)**

Dear Clerk:

        The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull.  The following action has been taken:

    (X)     The U.S. Marshal has been ordered to remove this defendant
            to your district forthwith.
    ()      The defendant has a court appearance in your court on:

Enclosed are the following documents:
                        original Rule 5 affidavit
                        original minute orders
            certified copy of *AO 94, Commitment to Another District*
                    Certified docket sheets

        Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

                        Sincerely yours,

                        RICHARD WIEKING, Clerk

                 by:    _Cita F. Escalano_____
                        Case Systems Administrator

Enclosures
cc: Financial Office
--------------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____        **CLERK, U.S. DISTRICT COURT**

                                        **By** _____
                                           **Deputy Clerk**